UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MICHAEL FLYNN,

    Plaintiff,

vs.     Case No. 8:04-cv-1111-T-26MSS

UNITED STATES OF AMERICA and FBI,

    Defendant.

## PRETRIAL ORDER

The Undersigned held a telephonic pretrial conference in the above-referenced matter on October 5, 2005, pursuant to Fed. R. Civ. P. 16(d), Local Rule 3.06, M.D. Fla., and an omnibus order of the Court. The Undersigned **ORDERS** as follows:

## GENERAL PROVISIONS

(1) The Joint Pretrial Statement and this Order will control the course of the trial and may not be amended except by order of the Court in the furtherance of justice.

(2) The parties estimate that one (1) day will be needed to try this case.

## PENDING MOTIONS

(3) No motions are currently pending.

(4) Counsel for Defendant has filed a Notice regarding a scheduling conflict on November 10, 2005. (See Dkt. 26). Counsel for Plaintiff anticipates filing a

Notice of Potential Conflict regarding two State trials and one Federal trial scheduled for the month of November.

## WITNESSES

(5) Neither party has any objections to the witnesses listed in the Joint Pretrial Statement. (See Dkt. 24).

(6) Counsel for Defendant does not plan to call any of Plaintiff's listed witnesses that Plaintiff decides not to call. Defendant anticipates requesting the ability to call any of Plaintiff's listed witnesses that Plaintiff does call during Plaintiff's case in chief so that said witnesses do not have to be called again during Defendant's presentation of its case.

(7) Of the witnesses listed by Defendant in the Joint Pretrial Statement, Defendant is most likely to call Jesse Pagan, Jose Oliver, Custodian of Records- FBI forfeiture, and Stephanie Woods. (See Dkt. 24).

## EXHIBITS

(8) Neither party has any objections to the Exhibits listed in the Joint Pretrial Statement. (See Dkt. 24).

(9) Plaintiff does not intend to introduce newspaper articles regarding the State of Florida case.

## OTHER ISSUES

(10) Defendant requests use of ELMO at trial.

(11) Defendant anticipates filing a request to bring computer equipment into the Courthouse for use at trial.

(12)  The parties have been advised that they will not be provided with a date certain for trial.

**DONE AND ORDERED** in Tampa, Florida on this ___11th___ day of October, 2005.

_____
MARY S. SCRIVEN
United States Magistrate Judge

Copies to:

Counsel of Record